# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brenna O'Brien, | Case No. 2:17-cv-02801-JAD-DJA |
| Plaintiff | *consolidated with 2:17-cv-02802-JAD-CWH* |
| v. | **Order Adopting Report and Recommendation and Dismissing Complaint with Leave to Amend by October 21, 2019** |
| Wynn Las Vegas, LLC, | |
| Defendant | [ECF No. 4] |

Pro se plaintiff Brenna O'Brien brings this employment-discrimination case based on events that she claims occurred while she was a server at the La Cave restaurant inside the Wynn Las Vegas Resort. Magistrate Judge Hoffman screened O'Brien's complaint and recommends that I dismiss it with leave to amend.[1] He further recommends that I consolidate case number 2:17-cv-02802-JAD-CWH into this one. The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is ADOPTED** in full;

IT IS FURTHER ORDERED that case number **2:17-cv-02802-JAD-CWH is CONSOLIDATED into this one with this case as the lead case**, and the motion for leave to proceed in forma pauperis in that case [**ECF No. 1 in 2:17-cv-02802-JAD-CWH**] is DENIED

---

[1] ECF No. 4.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

as moot.  All future filings should be made in this case—2:17-cv-02801-JAD-CWH—only, as this is now the lead case;

IT IS FURTHER ORDERED that O'Brien's **complaint is DISMISSED** without prejudice and with leave to amend by October 21, 2019, if she can cure the deficiencies outlined in the Report and Recommendation [ECF No. 4].  If O'Brien chooses to file an amended complaint, she must file the "Instructions for amendment" on pages 5–6 of the Report and Recommendation.  **If O'Brien does not file an amended complaint by October 21, 2019, this case will be dismissed and closed without further notice.**

The Clerk of Court is directed to **SEND O'Brien a copy of the Report and Recommendation [ECF No. 4] along with this order.**

Dated: September 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey